IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| NANCY NOVOTNY, | |
|---|---|
| Plaintiff, | 8:18CV437 |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ORDER |
| Defendant. | |

This matter is before the Court on plaintiff Nancy Novotny's ("Novotny") motion to proceed in forma pauperis (Filing No. 2). Upon careful review of the request, Novotny's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

IT IS SO ORDERED.

Dated this 19th day of September 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge